No. 3587.—MENDIZÁBAL, aplda., v. P. GANDÍA & CÍA. ET AL., apltes.—San Juan, Disto. 2º. Marzo 10, 1925. Tercería de dominio. Apareciendo que se interpuso apelación el 2 de julio de 1923 y fué certificado el legajo de la sentencia por los abogados el 19 de octubre 1923 y que solicitada y preparada por el taquígrafo la transcripción de la evidencia ésta fué radicada en la secretaría de la corte inferior el 11 de agosto de 1923 sin que posteriormente en el transcurso de 16 meses la apelante haya practicado ninguna otra gestión para perfeccionar la apelación interpuesta; vista la regla 59 y la jurisprudencia aplicable en los casos de *Colón et al.,* v. *Sampol et al.,* No. 3421 de dic. 15, 1924 (33 D.P.R.); 3094 *Díaz Mor* v. *Porto Rico Railway, L. & P. Co.,* de mayo 31, 1924, (33 D.P.R. 289), y 2262 *El Pueblo* v. *Figueroa,* de jun.

12, 1924 (33 D.P.R. 340), *se declara con lugar la moción* y se desestima el recurso.